ACCEPTED
04-15-00320-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/25/2015 3:37:29 PM
KEITH HOTTLE
CLERK

NO. 04-15-00320-CV

IN THE COURT OF APPEALS
FOURTH DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/25/2015 3:37:29 PM
KEITH E. HOTTLE
Clerk

JONATHAN SHURBERG AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF REBECCA LORD, INDIVIDUALLY AND DERIVATIVELY ON
BEHALF OF LA SALLE INDUSTRIES, A LIMITED PARTNERSHIP,
*Appellant,*

V.

LA SALLE INDUSTRIES LIMITED, ROY G. MARTIN JR. PROPERTY
MANAGEMENT, INC., ROY MARTIN, ELIZABETH MARTIN, JENNIFER
LORD, BRENDA LORD, KENT LORD, JANIE MARTIN, MARK MARTIN,
THOMAS L. MARTIN, AND JILL MARTIN,
*Appellees.*

**FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S BRIEF**

Patton G. Lochridge
State Bar No. 12458500
Michael A. Shaunessy
State Bar No. 18134550
Blaire A. Knox
State Bar No. 24074542
MCGINNIS, LOCHRIDGE & KILGORE, LLP
600 Congress Avenue, Suite 2100
Austin, Texas 78701
Phone: 512-495-6000

Christopher L. Halgren
State Bar No. 24069859
MCGINNIS, LOCHRIDGE & KILGORE, LLP
711 Louisiana St., Suite 1600
Houston, Texas 77002
Phone: 713-615-8500

**ATTORNEYS FOR APPELLANT**

TO THE HONORABLE FOURTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellant Jonathan Shurberg files this Unopposed First Motion to Extend Time to File Appellant's Brief.

Appellant's opening brief was due on August 14, 2015.

Counsel for Appellant requests a 17-day extension of time to file its brief, making the brief due on August 31, 2015. This is the first request for extension of time to file the opening brief, and Appellant will seek to file his brief before August 31, 2015.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

After filing Appellant's Notice of Appeal on May 4, 2015, Appellant was aware of continuing issues regarding the filing of the requested reporter's record. The reporter's record was due on May 29, 2015. On July 14, 2014, the Court issued an Order in instructing the court reporter to file the record by August 13, 2015. The next day, on July 15, 2015, the court reporter filed the reporter's record. This Court sent a notice to all parties that the record was complete and that "the filing of the appellant's brief is pending." This notice was mistakenly overlooked

by Appellant's counsel, and thus Appellant's counsel failed to docket the deadline for filing Appellant's brief.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay, but so that justice may be done.

The undersigned has conferred with opposing counsel, and he has indicated that his client does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this First Unopposed First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Brief up to and including August 31, 2015. Appellant respectfully requests all other relief to which he may be entitled.

Respectfully submitted,

McGINNIS LOCHRIDGE
Patton G. Lochridge
State Bar No. 12458500
Michael A. Shaunessy
State Bar No. 18134550
Blaire A. Knox
State Bar No. 24074542
600 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 495-6000
(512) 495-6361 Fax
plochridge@mcginnislaw.com
mshaunessy@mcginnislaw.com
bknox@mcginnislaw.com

Christopher L. Halgren
State Bar No. 24069859
1111 Louisiana Street, Suite 4500
Houston, Texas 77002
(713) 615-8500
(713) 615-8585 Fax
chalgren@mcginnislaw.com

By:    /s/ Michael A. Shaunessy
       Michael A. Shaunessy
       State Bar No. 18134550

*ATTORNEYS FOR APPELLANT*

3

## CERTIFICATE OF SERVICE

A true and correct copy of this document was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on the following counsel of record by email on this 25th day of August 2015.

Mr. Steve McConnico
Mr. Steve Wingard
Mr. Asher Griffin
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Congress Avenue, Suite 2400
Austin, Texas 78701
*smcconnico@scottdoug.com*
*swingard@scottdoug.com*
*agriffin@scottdoug.com*

***Attorneys for Appellees La Salle Industries Limited, Roy G. Martin, Jr., Property Management, Inc., Roy Martin and Elizabeth Martin***

Mr. Robert J. Myers
ATTORNEY AT LAW
2525 Ridgmar Boulevard, Suite 150
Fort Worth, Texas 76116
*Rmyers@myers-hill.com*

***Attorneys for Appellees Jennifer Lord, Brenda Lord, Kent Lord, Janie Martin, Mark Martin, Thomas L. Martin and Jill Martin***

/s/ Michael A. Shaunessy
Michael A. Shaunessy